UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INDIANA LUMBERMENS MUTUAL
INSURANCE COMPANY,

      Plaintiff,

vs.

CHELSEA LUMBER COMPANY, et al.,

      Defendants.
_____/

Civil Action No.
14-CV-10094

HON. MARK A. GOLDSMITH

## ORDER STRIKING MOTION FOR SUMMARY JUDGMENT (DKT. 24)

      On July 24, 2014, Plaintiff Indiana Lumbermens Mutual Insurance Company filed a motion for summary judgment (Dkt. 24). The Court has reviewed the motion and finds that it does not comply with the Local Rules for the Eastern District of Michigan. In particular, the motion and supporting brief appear to be written using a proportional font that is not 14 point or greater. See E.D. Mich. LR 5.1(a)(3). Accordingly, the Court strikes Plaintiff's motion for summary judgment. Plaintiff may re-file a motion and supporting brief that comply with the Local Rules and all other applicable rules. Any re-filed supporting brief shall not exceed a page limit of 25 pages, exclusive of any pages solely dedicated to those items identified in Local Rule 7.1(d)(2).

      SO ORDERED.

Dated: July 25, 2014                            s/Mark A. Goldsmith
      Flint, Michigan                        MARK A. GOLDSMITH
                                         United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 25, 2014.

                                          s/Deborah J. Goltz
                                          DEBORAH J. GOLTZ
                                          Case Manager